# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tracy Clarence Anderson           Docket No. 5:06-CR-32-1BO

### Petition for Action on Supervised Release

COMES NOW Dwayne K. Benfield, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracy Clarence Anderson, who, upon an earlier plea of guilty to Bank Robbery in violation of 18 U.S.C. § 2113, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 8, 2006, to the custody of the Bureau of Prisons for a term of 88 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Tracy Clarence Anderson was released from custody on February 2, 2012, at which time the term of supervised release commenced in the District of South Carolina.

On May 10, 2012, a Violation Report was submitted documenting marijuana use on March 15, 2012 and April 26, 2012.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Urine tests conducted on May 9, 2012; June 13, 2012; and July 20, 2012, yielded positive results for THC metabolite.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Tracy Clarence Anderson
Docket No. 5:06-CR-32-1BO
Petition For Action
Page 2

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: August 15, 2012

ORDER OF COURT

Considered and ordered this 15 day of August, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge